# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-562
Lower Tribunal No. 2019-CA-002730-0001-XX

_____

MARIANNE CALVARESE and ROBERT CALVARESE,

Appellants,

v.

ROBERT A. STATFELD, M.D., COLLIER ANESTHESIA, P.A., BARLOW MALIN, SRNA, SHARON EVERDING, CRNA, NCH HEALTHCARE SYSTEM INC., NAPLES COMMUNITY HOSPITAL, INC., d/b/a NAPLES COMMUNITY HOSPITAL, and WOLFORD COLLEGE, LLC,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

November 21, 2023

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Andrew A. Harris and Grace Mackey Streicher, of Harris Appeals, P.A., Palm Beach Gardens, for Appellants.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee, Naples Community Hospital, Inc., d/b/a Naples Community Hospital.

No Appearance for Appellees, Robert A. Statfeld, M.D., Collier Anesthesia, P.A., Barlow Malin, SRNA, Sharon Everding, CRNA, NCH Healthcare System Inc., and Wolford College, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED